| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **OG Living LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2144595** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**317 Farmington Drive**<br>**Plantation, FL 33317**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://ogliving.net** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **OG Living LLC**  
  Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  
If more than 2 cases, attach a separate list.

■ No.  
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor     **OG Living LLC**                                          Case number (*if known*)
           Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000           ☐ 25,001-50,000
■ 50-99               ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000             ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000             ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **OG Living LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | OG Living LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 29, 2024**
MM / DD / YYYY

X **/s/ George John Wohlford**                    **George John Wohlford**
Signature of authorized representative of debtor       Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Chad P. Pugatch, Esq.**                   Date **November 29, 2024**
Signature of attorney for debtor                           MM / DD / YYYY

**Chad P. Pugatch, Esq.**
Printed name

**LORIUM LAW**
Firm name

**101 NE 3rd Ave.**
**Suite 1800**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone **954-462-8000**     Email address **cpugatch@loriumlaw.com**

**220582 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **OG Living LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Progressive Screens (West Coast Acct.)** 7839 Fruitville Road Sarasota, FL 34240 | | **Vendor** | | | | $415,109.56 |
| **Progressive Screens (East Coast)** 7839 Fruitville Road Sarasota, FL 34240 | | **Vendor** | | | | $326,821.00 |
| **Walt Harber** 10341 Gulf Shore Dr Naples, FL 34108-2029 | | **Vendor (R)** | | | | $163,022.37 |
| **American Express** P.O. Box 981535 El Paso, TX 79998-1535 | | **Business Debt Credit Card** | | | | $72,603.03 |
| **Chase (Credit Card)** P.O. Box 6026 IL1-1145 Chicago, IL 60680 | | **Business Debt Credit Card** | | | | $70,206.34 |
| **Don Stallings** 13614 Snapper Lane Naples, FL 34114-8723 | | **Vendor (R)** | | | | $62,212.69 |
| **OC By the Sea, LLC** 17098 Marydale Rd. Port Charlotte, FL 33948 | | **Vendor** | | | | $60,962.38 |
| **iKnow, Inc.** 2750 Wildwood Lane Fort Myers, FL 33905 | | **Vendor** | | | | $45,218.90 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor   **OG Living LLC**                                        Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **George Cancico**<br>**1825 Ponce de Leon Boulevard**<br>**Unite No. 469**<br>**Coral Gables, FL 33034** | | **Vendor** | | | | $41,400.00 |
| **Jeana O'Brien**<br>**7737 Paddy Hamilton Road**<br>**Belton, TX 76513** | | **Vendor** | | | | $34,072.57 |
| **Southointe Plantation**<br>**9155 South Dadeland Blvd.**<br>**Suite 1812**<br>**Miami, FL 33156** | | **Vendor** | | | | $27,346.26 |
| **First Insurance Funding**<br>**450 Skokie Blvd.**<br>**Suite 1000**<br>**Northbrook, IL 60062-7917** | | **Vendor** | | | | $23,754.84 |
| **Compact Pavers**<br>**P.O. Box 367955**<br>**Bonita Springs, FL 34136** | | **Vendor** | | | | $23,205.00 |
| **Les Is More LLC**<br>**5241 SW 8th Court**<br>**Fort Lauderdale, FL 33317** | | **Vendor** | | | | $22,861.14 |
| **WEX Bank**<br>**P.O. Box 4337**<br>**Carol Stream, IL 60197-4337** | | **Vendor** | **Disputed** | | | $22,000.00 |
| **Anthony Kuester**<br>**12449 Destin Loop**<br>**Venice, FL 34293** | | **Vendor (R)** | | | | $12,000.00 |
| **Bottom Line Concepts, LLC**<br>**3323 NE 163rd Street**<br>**Suite 302**<br>**North Miami Beach, FL 33160** | | **Vendor** | | | | $11,567.22 |
| **ProCFO Partners**<br>**295 Madison Ave.**<br>**12th Floor**<br>**New York, NY 10017** | | **Vendor** | | | | $11,400.00 |

Debtor  **OG Living LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Barbara Mercer 14632 Sycamore Ct. Unit 2622 Punta Gorda, FL 33955** | | **Vendor (R)** | | | | $9,806.16 |
| **Shawn Welch 17730 Hemlock St. Palm Beach Gardens, FL 33410** | | **Vendor (R)** | | | | $9,588.38 |

All Amps Electric LLC
5781 Lee Blvd., Suite 208-218
Lehigh Acres, FL 33971


Alliance HR PEO
169 Tequesta Drive
Suite 21-E
Jupiter, FL 33469


Ally
P.O. Box 380902
Minneapolis, MN 55438


Aluminum Distributors, Inc.
6208 28th Street East
Bradenton, FL 34203


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Amur Equipment Finance, Inc.
3700 Morgan Avenue
Evansville, IN 47715


Amur Equipment Finance, Inc.
3700 Morgan Avenue
Evansville, IN 47715


Anthony Kuester
12449 Destin Loop
Venice, FL 34293


API - Processing Licensing, Inc.
3419 Galt Ocean Drive
Montana Building - Suite A
Fort Lauderdale, FL 33308


ArcLedge Inc.
1460 Broadway
New York, NY 10036

Arthur Harvey
428 Circlewood Dr.
J-1
Venice, FL 34293


Ascentium Capital
5500 Main Street, Suite 300
Williamsville, NY 14221


ASP Holdings, Inc.
4900 Constellation Drrive
Saint Paul, MN 55127


Austin West
1317 Powder Ridge Rd
New Braunfels, TX 78132


Barbara Mercer
14632 Sycamore Ct.
Unit 2622
Punta Gorda, FL 33955


Benson Rosen
9223 Coral Isles Cir
Palm Beach Gardens, FL 33412


Bergau Home & Commercial Services
820 NE 24 Lane, Unit 109
Cape Coral, FL 33909


Bottom Line Concepts, LLC
3323 NE 163rd Street
Suite 302
North Miami Beach, FL 33160


Briggs Equipment
10540 North Stemmons Freeway
Dallas, TX 75220


Byzfunder NY, LLC
530 7th Avenue, Suite 505
New York, NY 10018

Byzfunder NY, LLC
c/o Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
1545 U.S. Route 202, Suite 101
Pomona, NY 10970


CapStar Electric
3871 E University Ave.
Suite 101
Georgetown, TX 78626


Channel/CPC
P.O. Box 202131
Florence, SC 29502


Channel/CPC
P.O. Box 202131
Florence, SC 29502


Chase
P.O. Box 6026
IL1-1145
Chicago, IL 60680


Chase (Credit Card)
P.O. Box 6026
IL1-1145
Chicago, IL 60680


City Electric Supply
Dallas Division
P.O. Box 13181
Dallas, TX 75313


Compact Pavers
P.O. Box 367955
Bonita Springs, FL 34136


Dade Lift Partners and Equipment
3250 NW 23 Ave.
Pompano Beach, FL 33069


De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

Don Stallings
13614 Snapper Lane
Naples, FL 34114-8723


First Insurance Funding
450 Skokie Blvd.
Suite 1000
Northbrook, IL 60062-7917


Ford Motor Credit
P.O.box 35910
Cleveland, OH 44135


Fusion Powder Coating
2080-F Tigertail Blvd., Bldg 1
Dania, FL 33004


General Air & Plumbing
28120 Hunters Ridge Blvd.
Suite 9
Bonita Springs, FL 34135


George Cancico
1825 Ponce de Leon Boulevard
Unite No. 469
Coral Gables, FL 33034


Hanmi Bank
5500 Main St., Suite 300
Williamsville, NY 14221


Highland Homes
13785 Research Blvd., Suite 150
Austin, TX 78750


iKnow, Inc.
2750 Wildwood Lane
Fort Myers, FL 33905


IRS, Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

```
Jane Strausbaugh
29510 Saddlebag Trail
Myakka City, FL 34251


JCB Finance
655 Business Center Dr., Suite 250
Horsham, PA 19044


Jeana O'Brien
7737 Paddy Hamilton Road
Belton, TX 76513


John Fishel
3912 77th Terrece E
Sarasota, FL 34243


Joyce Morgan
8558 Swinley Forrest Way
Boca Raton, FL 33434


Kevin Green
9978 Beachwalk Dr.
Englewood, FL 34223


Kevin Murphy
11599 Tapestry Lane
FL 34296


Kleenup Restoration
333 N. Faulkenburg Rd.
Suite A-130
Tampa, FL 33619


Les Is More LLC
5241 SW 8th Court
Fort Lauderdale, FL 33317


M2
175 N. Patrick Blvd., #140
Williamsville, NY 12441


Murray Stillway
1622 NW 44th Ave.
Cape Coral, FL 33914
```

Naples Powder Coating
3960 Domestic Ave
Suite A
Naples, FL 34104


OC By the Sea, LLC
17098 Marydale Rd.
Port Charlotte, FL 33948


Overland Life LLC
3713 SW Santa Barbara Place
Cape Coral, FL 33914


ProCFO Partners
295 Madison Ave.
12th Floor
New York, NY 10017


Progressive Screens (East Coast)
7839 Fruitville Road
Sarasota, FL 34240


Progressive Screens (West Coast Acct.)
7839 Fruitville Road
Sarasota, FL 34240


Shawn Welch
17730 Hemlock St.
Palm Beach Gardens, FL 33410


Sheel Patel
2909 Cancio Trace
Leander, TX 78641


Southointe Plantation
9155 South Dadeland Blvd.
Suite 1812
Miami, FL 33156


Steve Martin
628 Hunter Dr.
Venice, FL 34285

```
Targeted Lending
5500 Main Street, Suite 300
Williamsville, NY 14221


Targeted Lending
5500 Main Street, Suite 300
Williamsville, NY 14221


The Profit Recipe
7489 NW 114 Court
Miami, FL 33178


Town & Country
One ABC Parkway, Suite #800
Beloit, WI 53511-4466


Triport Accounting Services, Inc.
117 Whispering Meadow Trail
Kalispell, MT 59901


U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918


Uline
P.O. Box 88741
Chicago, IL 60680-1741


United Leasing
3700 Morgan  Avenue
Evansville, IN 47715


United Leasing
3700 Morgan Avenue
Evansville, IN 47715


Universal Engineering Sciences (UES)
P.O. Box 735401
Chicago, IL 60673-5401


Walt Harber
10341 Gulf Shore Dr
Naples, FL 34108-2029
```

```
WEX Bank
P.O. Box 4337
Carol Stream, IL 60197-4337
```