**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **OG LIVING LLC**, a Florida limited liability company, | CASE NO.: 24-22597-SMG |
| Debtor. | CHAPTER 11 |

## <u>CHAPTER 11 CASE MANAGEMENT SUMMARY</u>

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, OG Living LLC, ("Debtor) files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11
(filing date of petition if voluntary chapter 11 petition):

   **Response:** November 29, 2024.

2. Names, case numbers and dates of filing of related debtors:

   **Response:** None.

3. Description of debtor's business:

   **Response:** Debtor is a seller and installer of luxury outdoor living spaces such as pergolas, cabanas, in addition to hurricane rated solar screens.

4. Locations of debtor's operations and whether the business premises are leased or owned:

   **Response:** Business Address – 317 Farmington Drive, Plantation, Florida 33317 (home office); Location of Principal Assets: a) 24850 Old 41 Road, Suite 3, Bonita Springs, Florida 34135; b) 9211 Cockleshell Court, Unit B10, Bonita Springs, Florida 34135. Leased space.

5. Reasons for filing chapter 11:

   **Response:** Continued fallout from the COVID-19 pandemic and the hurricanes that significantly impacted Florida and recent efforts by the creditor Byzfunder to seize assets of the Debtor.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   **Response:** George John Wohlford, 100% Managing member who is paid $1,500 per week, plus commissions based on sales made by Mr. Wohlford.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

   **Response:**    Year to Date for 2024: $2,873,324.00
   2023: $5,124,970.58

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   **Response:** IRS - $678,325.00
   Type of tax: Payroll liabilities
   Tax Periods: 2022 and 2023

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:[1]

   **Response:**  SBA Loan - $497,537.00
   JP Morgan Chase Bank - $201,778.09
   Byzfunder - $292,992.19

   c. Amount of unsecured claims:

   **Response:** $1,400,442.99 (estimated).

9. General description and approximate value of the debtor's assets:

   **Response:**

   a) Cash and cash equivalents: $1,943.86
   b) Other Property: office furniture, fixtures and equipment: $15,000.00.
      Machinery, Equipment and Vehicles: $600,000 (leased)

---

[1] The Debtor also is party to a number of purported leases, which the undersigned is still in the process of reviewing to determine if in fact (and law) they are true leases or disguised finance agreements.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

**Response:**

| Type | Insurer | Policy Number | Coverage Amount | Premium Current | Next Due Date |
|---|---|---|---|---|---|
| General liability | State Farm | 98-EH-N124-9 | $2,000,000.00 | Y | 5/15/25 |
| Auto | State Farm | P30-5014-D25-59A | 1,000,000.00 | Y | 4/25/25 |
| Umbrella | State Farm | 98-EH-N677-2 | 5,000,000.00 | Y | 6/18/25 |
| Workers Comp. | State Farm | 98-EL-W319-3 | 1,000,000.00 | Y | 11/6/25 |

11. Number of employees and amounts of wages owed as of petition date:

**Response:** 12 employees, nothing owed as of the petition date

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

**Response:** No sales is owed. See Response to number 8(a) above with regards to payroll taxes.

13. Anticipated emergency relief to be requested within 14 days from the petition date:

**Response:**

Interim use of cash collateral.

Dated: December 4, 2024.

By: _____
Signature of individual signing on behalf of debtor

**George John Wohlford**
Printed Name
**Managing Member**
Position or relationship to Debtor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all entitled to service hereof and via U.S. Mail to the 20 largest unsecured creditors on the attached list on this 4th day of December, 2024.

**LORIUM LAW**
*Proposed Counsel for Debtor*
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone:    (954) 462-8000

By: /s/ *Jason E. Slatkin*
      Chad P. Pugatch
      Florida Bar No.:  220582
      cpugatch@loriumlaw.com
      Jason E. Slatkin
      Florida Bar No.: 040370
      jslatkin@loriumlaw.com

## SERVICE LIST
*20 Largest Unsecured Creditors*

| | |
|---|---|
| IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jeana O'Brien<br>7737 Paddy Hamilton Road<br>Belton, TX 76513 |
| Progressive Screens (West Coast Acct.)<br>7839 Fruitville Road<br>Sarasota, FL 34240 | Southpointe Plantation<br>9155 South Dadeland Blvd., Suite 1812<br>Miami, FL 33156 |
| Progressive Screens (East Coast)<br>7839 Fruitville Road<br>Sarasota, FL 34240 | First Insurance Funding<br>450 Skokie Blvd. Suite 1000<br>Northbrook, IL 60062-7917 |
| Walt Harber<br>10341 Gulf Shore Dr.<br>Naples, FL 34108-2029 | Compact Pavers<br>P.O. Box 367955<br>Bonita Springs, FL 34136 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Les Is More LLC<br>5241 SW 8th Court<br>Fort Lauderdale, FL 33317 |
| Chase (Credit Card)<br>P.O. Box 6026 IL1-1145<br>Chicago, IL 60680 | WEX Bank<br>P.O. Box 4337<br>Carol Stream, IL 60197-4337 |
| Don Stallings<br>13614 Snapper Lane<br>Naples, FL 34114-8723 | Anthony Kuester<br>12449 Destin Loop<br>Venice, FL 34293 |
| OC By the Sea, LLC<br>17098 Marydale Rd.<br>Port Charlotte, FL 33948 | Bottom Line Concepts, LLC<br>3323 NE 163rd Street, Suite 302<br>North Miami Beach, FL 33160 |
| iKnow, Inc.<br>2750 Wildwood Lane<br>Fort Myers, FL 33905 | ProCFO Partners<br>295 Madison Ave., 12th Floor<br>New York, NY 10017 |
| George Cancico<br>1825 Ponce de Leon Boulevard, Unit<br>No. 469<br>Coral Gables, FL 33034 | Barbara Mercer<br>14632 Sycamore Ct., Unit 2622<br>Punta Gorda, FL 33955 |