

**ORDERED in the Southern District of Florida on April 25, 2025.**

                                                **Scott M. Grossman, Judge**
                                                **United States Bankruptcy Court**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA,
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| **OG LIVING, LLC**, a Florida limited liability company, | CASE NO.: 24-22597-SMG |
| Debtor. | CHAPTER 11 |

### ORDER, PURSUANT TO SECTIONS 105(a) AND 364(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(C), AUTHORIZING THE DEBTOR TO INCUR DEBT AS AN ADMINISTRATIVE EXPENSE CLAIM

THIS MATTER came before the Court for hearing on April 23, 2025, at 1:30 p.m. on *Debtor's Motion for Entry, Pursuant to Sections 105(a) and 364(b) of the Bankruptcy Code and Bankruptcy Rule 4001(C), for an (I) Interim Order Authorizing the Debtor to Incur Debt and Allowing an Administrative Expense Claim and (II) Setting Final Hearing for Approval of Same*[1] (the "*Motion*"), and the Court, having reviewed the *Motion*, the record herein and hearing argument from Debtor and other parties in interest and for the reasons set forth on the record, it is

---

[1] ECF No. 105.

ORDERED that:

1. The *Motion* is GRANTED.

2. The Debtor is authorized pursuant to 11 U.S.C. § 364(b) to incur unsecured debt from John Wohlford up to $100,000, that shall not bear interest.

3. Any funds so advanced to the Debtor as an administrative expense according to 11 U.S.C. § 507(b)(1) and repayment of such advances in the ordinary course as cash flow permits but shall be subordinated and shall not be paid prior to the payment of any quarterly United States Trustee fees and other amounts owed pursuant to 28 U.S.C. § 1930(a)(6).

###

Submitted by:
Jason E. Slatkin, Esq.
**LORIUM LAW**
*Attorneys for Debtor*
101 S.E. Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301
954.462.8000
jslatkin@loriumlaw.com

*Attorney Slatkin is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*