**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE: CASE NO.: 24-bk-22597-SMG

OG Living, LLC, a Florida Limited Liability Company, CHAPTER 11

Debtor.
_____________________________________/

**MOTION FOR A STAY OF OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the Objection to Claim of the Department of Treasury – Internal Revenue Service [Dkt. No. 162] in the above-captioned matter (hereinafter "IRS Claim Objection").

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the IRS Claim Objection until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the

lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the plaintiffs have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the IRS Claim Objection in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

Respectfully Submitted

**Malcolm M. Murray**
MALCOLM M. MURRAY
PA Bar # 317831 | Special Bar # A5502930
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-6499 (v) | 202-514-4963 (f)
Malcolm.Murray@usdoj.gov

and

Of counsel:

Jason A. Reding Quinones
United States Attorney
Southern District of Florida

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

**VIA CM/ECF:**

Jeffry H. Tromberg on behalf of Debtor Rita Marie Newman jeff@debthappens.com, JTromberg@jubileebk.net

Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov

Giselle Velez on behalf of Creditor U.S. Bank Trust National Association gvelez@rasflaw.com

Robin R. Weiner, auto-forward-ecf@ch13weiner.com

*/s/ Malcolm M. Murray*
Malcolm M. Murray
Trial Attorney
U.S. Department of Justice, Tax Division