**ORDERED in the Southern District of Florida on October 6, 2025.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

OG LIVING, LLC, a Florida Limited Liability Company, Case No. 24-22597-SMG

Debtor. Chapter 11

_______________________________________/

## ORDER GRANTING MOTION TO STAY CONTESTED MATTER

The United States of America moves[1] for a stay of the contested matter initiated by the debtor's *Objection to Claim* of the Internal Revenue Service,[2] due to the lapse in appropriations for the Department of Justice after Congress failed to pass an appropriations bill or continuing resolution by midnight on September 30, 2025. Absent an appropriation, the United States argues that under 31 U.S.C. § 1342, Department of Justice attorneys are prohibited from working – even on a voluntary basis – except in very limited circumstances, including "emergencies involving the

---

[1] Dkt. No. 172.
[2] Dkt. No. 162.

safety of human life or the protection of property." The motion represents that the debtor does not object to the request for a stay. Accordingly, it is

**ORDERED** that:

1. The motion for a stay is **GRANTED** to the extent set forth in this Order.

2. The contested matter initiated by the debtor's *Objection to Claim* of the Internal Revenue Service,[3] together with all related deadlines set by any federal rule, notice given under a federal rule, local rule, or court order[4] – but not any deadline set by a statute – is **STAYED** until fourteen days after the date of enactment of an appropriations bill or a continuing resolution that restores appropriations to the Department of Justice.

3. Nothing in this Order prohibits any interested party from moving to lift the stay earlier for good cause.

###

*Copy furnished to all counsel of record via CM/ECF.*

---

[3] Dkt. No. 162.

[4] *See* Fed. R. Bankr. P. 9006(b)(1)(A).